UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL GREGOIRE,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>        Defendant. | Case No. 25-cv-02150-TSH<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 30, 31 |

        The Court attempted to schedule an informal telephone conference to discuss a discovery dispute. ECF Nos. 27, 28. However, the telephone conference could not proceed because Plaintiff's counsel did not join. Accordingly, the Court ordered the parties to file a joint discovery letter brief no later than January 6, 2026, setting forth their respective arguments concerning the discovery dispute at issue. ECF No. 29. On January 6, 2026, Defendant BART filed a unilateral discovery brief, stating that Plaintiff failed to respond to BART's request for input by the time necessary for filing. In the unilateral discovery brief, BART moves to compel concerning interrogatories 1, 3, 4, 6, 7, 9, 10, 12, 13, 15, 16, 18, 20, 24, 25, 27, 33 and 35. BART also moves to compel concerning requests for admission 22 and 23 and asks for RFA 15 to be deemed admitted. And BART moves to compel on all of its requests for production.

        Plaintiff has not filed anything at all in response to the Court's order for the parties to file a joint discovery letter brief. The Court finds that this is a waiver of all opposing arguments and **GRANTS** BART's motion to compel. The Court **ORDERS** Plaintiff to serve complete responses to interrogatories 1, 3, 4, 6, 7, 9, 10, 12, 13, 15, 16, 18, 20, 24, 25, 27, 33 and 35 within 30 days; **ORDERS** him to accurately answer RFAs 22 and 23 within 30 days; **DEEMS** RFA 15 admitted;

1  and **ORDERS** Plaintiff to produce all non-privileged documents responsive to BART's requests
2  for production within 30 days.
3      Separately, BART has filed an administrative motion to toll its December 29, 2025
4  deadline to move to compel.  ECF No. 30.  However, the Court does not understand this motion,
5  as BART's deadline to move to compel is April 23, 2026.  ECF No. 12 (April 16, 2026 is close of
6  fact discovery); Civ. L.R. 37-3 (discovery motions due seven days after close of fact discovery).
7  Accordingly, BART's administrative motion is **DENIED** as unnecessary.
8      **IT IS SO ORDERED.**

10  Dated: January 13, 2026

                                                  THOMAS S. HIXSON
                                                United States Magistrate Judge