UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL GREGOIRE,

          Plaintiff,

     v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

          Defendant.

Case No.  25-cv-02150-TSH

**ORDER TO SHOW CAUSE**

On April 1, 2026, Defendant San Francisco Bay Area Rapid Transit District filed a motion for terminating sanctions.  ECF No. 34.  Plaintiff Karl Gregoire failed to file an opposition in compliance with Civil Local Rule 7.  The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders.  Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).  Accordingly, the Court hereby **VACATES** the May 7, 2026 noticed hearing date and **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by April 23, 2026 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b).  If Plaintiff files an opposition, Defendant may file any reply by April 30, 2026.

Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed.  Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: April 16, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge