UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL GREGOIRE,

        Plaintiff,

    v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

        Defendant.

Case No. 25-cv-02150-TSH

**ORDER DISCHARGING SHOW CAUSE ORDER AND EXTENDING DEADLINE FOR REPLY BRIEF**

Re: Dkt. Nos. 34, 37

Pending before the Court is Defendant San Francisco Bay Area Rapid Transit District's motion for terminating sanctions. ECF No. 34. As Plaintiff Karl Gregoire failed to file an opposition in compliance with Civil Local Rule 7, on April 16 the Court ordered him to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 37. Having reviewed Plaintiff's response (ECF No. 39) and opposition brief (ECF No. 40), the Court **DISCHARGES** the show cause order. The Court **EXTENDS** the deadline for Defendant to file a reply in support of its motion to May 4, 2026.

    **IT IS SO ORDERED.**

Dated: April 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge