Jessica R. Barsotti, State Bar No. 209557
1271 Washington Avenue #185
San Leandro, CA 94577
Tel. (510) 315-0405
jessica@barsottilawfirm.com

Attorneys for Plaintiff KARL GREGOIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL GREGOIRE, an individual, | Case No. 3:25-cv-02150-TSH |
| Plaintiff(s), | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL;**<br>**DECLARATION OF JESSICA BARSOTTI IN SUPPORT;** |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a local transit agency, | Judge:      Hon. Thomas S. Hixson |
| Defendant(s). | |
| | Complaint Filed:   03/02/2025<br>Trial Date:       01/25/2027 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

KARL GREGOIRE by and through counsel , submits this Administrative Motion to File Under Seal, the Declaration of Jessica Barsotti, and the proposed order below in support of its Response to Order to Show Cause.

**I. ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiff respectfully moves for leave to file under seal the following material submitted in connection with its Response to Order to Show Cause:

This request is narrowly tailored and limited to the minimum material necessary to protect the confidential information at issue. A redacted public version has been filed concurrently for any portions that do not require sealing. This motion is supported by the Declaration of Jessica Barsotti, filed concurrently herewith.

Dated: June 12, 2026

1

Administrative Motion to File Under Seal                    Case No. 3:25-cv-02150-TSH

Respectfully submitted,

Jessica R. Barsotti, Attorney for Plaintiff

**II. DECLARATION OF JESSICA BARSOTTI IN SUPPORT**

I, Jessica Barsotti, declare:

1.  I am counsel for Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and could testify competently to them if called as a witness.

2.  I submit this declaration in support of the request to file under seal Response to Order to Show Cause.

3.  The material sought to be sealed contains personal and medical information, proprietary business information and other confidential material.

4.  Public disclosure of this material would likely cause harm and embarrassment to Plaintiff and/or Plaintiff's counsel as well as harm to Plaintiff counsel's business or reputation.

5.  The request is narrowly tailored sealing only paragraphs 1, 2, 4, 5, 6, 7, 9, 10, 11.

6.  The applicable standard for sealing is good cause.

7.  A redacted public version has been filed concurrently for the non-sensitive portions.

8.  No less restrictive alternative is adequate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 12, 2026

Jessica R. Barsotti, Attorney for Plaintiff

Administrative Motion to File Under Seal                    Case No. 3:25-cv-02150-TSH