Jessica R. Barsotti, State Bar No. 209557
1271 Washington Avenue #185
San Leandro, CA 94577
Tel. (510) 315-0405
jessica@barsottilawfirm.com

Attorneys for Plaintiff KARL GREGOIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL GREGOIRE, an individual,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a local transit agency,<br><br>　　　　Defendant(s). | Case No. 3:25-cv-02150-TSH<br><br>PLAINTIFF'S RESPONSE TO OSC<br><br>Judge:　　　Hon. Thomas S. Hixson<br><br>Complaint Filed:　　03/02/2025<br>Trial Date:　　　　01/25/2027 |

Plaintiff's counsel respectfully responds to the Order to Show Cause issued June 1, 2026.

I Jessica R. Barsotti declare the following:

1. _____

2. _____

3. My grandfather was a judge in Alameda County for many years and I have a huge amount of respect for the Court.

4. _____

5. _____

6. My assistant has helped tremendously in filling administrative roles and we are prepared to litigate this case to its conclusion.

7. _____

PLAINITFFS RESPONSE TO ORDER TO SHOW CAUSE　　　Case No. 3:25-cv-02150-TSH

_____

8.  I became aware that this order continued in meeting and conferring with counsel to present a modified case management schedule pursuant to ECF 51.

9.  _____

10. _____

11. _____

12. The response filed on April 13, 2026 in Gregson v. BART while I was away had been pre planned, as I was aware of that deadline prior to April 2, 2026. I arranged to have my cases handled in April to the extent that I was aware of deadlines during my planned absence. That was also stated in my declaration.

I declare under penalty of perjury in the state of California that the forgoing is true and correct.

DATED: June 12, 2026

_____

Jessica R. Barsotti, Attorney for Plaintiff

2

PLAINITFFS RESPONSE TO ORDER TO SHOW CAUSE        Case No. 3:25-cv-02150-TSH