UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL GREGOIRE,

                Plaintiff,

        v.

SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT,

                Defendant.

Case No.  25-cv-02150-TSH

**ORDER DISCHARGING THIRD
ORDER TO SHOW CAUSE**

Re: Dkt. No. 44

On May 6, 2026, the Court ordered Plaintiff's counsel, Jessica Barsotti, to show cause why sanctions should not be imposed against her based on statements in a declaration she filed that appeared to be inaccurate or misleading.  ECF No. 44.  Having reviewed Ms. Barsotti's response (ECF No. 53), the Court **DISCHARGES** the show cause order.  Ms. Barsotti is reminded that sanctions of $50.00 per day against her were issued from June 9, 2026, until a response was filed. *See* ECF No. 50.  Accordingly, within 21 days of the date of this order, Ms. Barsotti shall pay the sanction to the Clerk of Court.  The case number and a copy of this order should be included with payment.

        **IT IS SO ORDERED.**

Dated: June 12, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge