UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARL GREGOIRE,

        Plaintiff,

    v.

SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT,

        Defendant.

Case No.  25-cv-02150-TSH

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 53

Plaintiff has filed a motion to seal portions of his response to the order to show cause.  The motion to seal states that Plaintiff seeks to seal paragraphs 1, 2, 4, 5, 6, 7, 9, 10 and 11.  However, paragraph 6 was not redacted.  ECF No. 55.  The Court therefore treats this as a request to seal paragraphs 1, 2, 4, 5, 7, 9, 10 and 11.  The motion is **GRANTED** as to paragraphs 4 and 5 and is otherwise **DENIED**.  Plaintiff shall file a revised version of his response to the OSC in conformity with this order within five days.

    **IT IS SO ORDERED.**

Dated: June 25, 2026

THOMAS S. HIXSON
United States Magistrate Judge